IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL NO. 07-677-01 |
| | : | |
| MICHAEL DELBUONO a/k/a "Del" | : | |

**O R D E R**

AND NOW, this 11th day of August, 2011, upon consideration of defendant's motion under **28 U.S.C. § 2255** to VACATE, SET ASIDE, OR CORRECT SENTENCE BY A PERSON IN FEDERAL CUSTODY filed by Petitioner Michael DelBuono (paper no. 186), and the Government's response in opposition (paper no. 192), for the reasons stated in the attached memorandum, it **ORDERED** that:

1. The Motion to Vacate, Set Aside, or Correct Sentence under 28 U.S.C. § 2255 is **DENIED**; and

2. A certificate of appealability is not granted because Petitioner Michael DelBuono has not made a substantial showing of the denial of a Constitutional right.

/s/ Norma L. Shapiro
J.

1