**EXHIBIT \_\_\_**

# COVID-19 Cases

07/22/2020 - The BOP has **128,949** federal inmates in BOP-managed institutions and **13,759** in community-based facilities. The BOP staff complement is approximately **36,000**. There are **4,247 federal inmates** and **385 BOP staff** who have confirmed positive test results for COVID-19 nationwide. Currently, **5,658** inmates and **644** staff have recovered. There have been **98** federal inmate deaths and **1** BOP staff member death attributed to COVID-19 disease.
**Full breakdown and additional details ...**

Due to the rapidly evolving nature of this public health crisis, the BOP will update the open COVID-19 confirmed positive test numbers, recoveries, and the number of COVID-19 related deaths daily at 3:00 p.m. The positive test numbers are based on the most recently available **confirmed lab results** involving **open cases** from across the agency as reported by the BOP's Office of Occupational Health and Safety at 11:00 a.m. each day. BOP field sites may report additional updates throughout the day. Data is subject to change based on additional reporting.

The BOP has begun additional testing of asymptomatic inmates to assist in slowing transmissions within a correctional setting. As such, our data reflects an increase in the number of COVID-19 positive tests reflected in the table below. The BOP is able to better utilize this information for the management of an outbreak at the relevant, affected facility.

The inmate totals listed do not include inmates participating in the Federal Location Monitoring program, inmates supervised under the USPO, or being held in privately managed prisons. Additionally, the reference to the FCI Butner Low below refers to an isolation unit that is physically separated from the rest of the LSCI.

| Facility | Inmates Positive | Staff Positive | Inmate Deaths | Staff Deaths | Inmates Recovered | Staff Recovered | City | Stat |
|---|---|---|---|---|---|---|---|---|
| Danbury FCI | 0 | 1 | 1 | 0 | 89 | 61 | Danbury | CT |