# US District Court Criminal Docket

U.S. District - Pennsylvania Eastern

(Philadelphia)

## 2:01cr458

## USA v. Delbuono

This case was retrieved from the court on Thursday, July 23, 2020

---

**Date Filed:** 08/08/2001  **Class Code:** CLOSED
**Other Docket:** None  **Closed:** yes

## Defendants

**Name**
Michael Delbuono(1)
[Term: 11/29/2001]

**Attorneys**
JOSEPH C. SANTAGUIDA
LEAD ATTORNEY
[Term: 11/29/2001]
1518 WALNUT ST SUITE 1400
PHILADELPHIA, PA 19102
USA
215-893-0900
Fax: 215-893-0802
Designation: Retained
Email: vikk121@aol.com

**Charges**
**Complaints:** none
   **Pending:** 21:841(a)(1), 841(b)(1)(C) POSSESSION WITH INTENT TO DISTRIBUTE HEROIN(1-5)

18:641 UNLAWFUL POSSESSION OF STOLEN PROPERTY OF THE UNITED STATES(6)
**Offense Level (Opening): Felony**

**Disposition**

IMPRISONMENT 18 MONTHS, SUPERVISED RELESAE 3 YEARS, SPECIAL ASSESSMENT $ 600.00 AND FINE $ 10,000.00.

IMPRISONMENT 18 MONTHS, SUPERVISED RELESAE 3 YEARS, SPECIAL ASSESSMENT $ 600.00 AND FINE $ 10,000.00.

**Terminated:** none
**Case Assigned to:** Honorable PETRESE B. TUCKER

## U. S. Attorneys

JOSEPH T. LABRUM , III
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
U.S. ATTORNEY'S OFFICE
615 CHESTNUT STREET SUITE 1250
PHILADELPHIA, PA 19106
USA
215-861-8412
Fax: 215-861-8618
Email: joseph.labrum@usdoj.gov

| Date | # | Proceeding Text |
|---|---|---|
| 08/08/2001 | 1 | Information as to MICHAEL DELBUONO (1) count(s) 1-5, 6. (tj) (Entered: 08/09/2001) |
| 09/06/2001 | 2 | Notice dated 9/5/01 by USA as to MICHAEL DELBUONO that a Change of Plea Hearing is scheduled 9/14/01 at 10:00 a.m. before Judge Tucker. (lb) (Entered: 09/06/2001) |
| 09/13/2001 | 3 | Plea Memorandum by USA as to MICHAEL DELBUONO. Cert. of Service. (lb) (Entered: 09/14/2001) |
| 09/14/2001 |   | Arraignment as to MICHAEL DELBUONO HELD, count(s) 1-5, 6. (lb) (Entered: 09/17/2001) |
| 09/14/2001 | 4 | Plea entered 9/14/01 by MICHAEL DELBUONO. Court accepts plea. GUILTY: count(s) 1-5, 6 . PSI Ordered. Sentencing set for 11/16/01 at 9:30 a.m., Defendant detained. (lb) (Entered: 09/17/2001) |
| 09/14/2001 | 5 | Waiver of Indictment by MICHAEL DELBUONO. (lb) (Entered: 09/17/2001) |
| 09/14/2001 | 6 | Notice dated 9/14/01 of Sentencing as to MICHAEL DELBUONO setting sentencing at 9:30 a.m. on 11/16/01 before Judge Tucker. (lb) (Entered: 09/17/2001) |

| Date | # | Description |
|---|---|---|
| 11/16/2001 | 7 | Sentencing Memorandum by USA as to MICHAEL DELBUONO, Cert. of Service. (lb) (Entered: 11/16/2001) |
| 11/16/2001 | 8 | MOTION BY USA AS TO MICHAEL DELBUONO FOR JUDGMENT AND ORDER OF FORFEITURE , CERT. OF SERVICE. (lb) (Entered: 11/16/2001) |
| 11/16/2001 | | Sentencing HELD as to MICHAEL DELBUONO, count(s) 1-5 and 6. (lb) (Entered: 11/28/2001) |
| 11/21/2001 | 9 | JUDGMENT AND PRELIMINARY ORDER OF FORFEITURE DATED 11/20/01 AS TO MICHAEL DELBUONO RE: $1,275.00 DOLLARS U.S. CURRENCY, ETC. (SIGNED BY JUDGE PETRESE B. TUCKER) 11/2/301 ENTERED AND COPIES MAILED. (cmc) (Entered: 11/23/2001) |
| 11/26/2001 | 10 | Notice of Appearance for MICHAEL DELBUONO by Attorney, JOSEPH C. SANTAGUIDA. (lb) (Entered: 11/26/2001) |
| 11/27/2001 | 11 | Minute entry dated 11/16/01 as to MICHAEL DELBUONO: Re: Sentencing: Counts 1,2,3,4,5 and 6 imprisonment 18 months, supervised release 3 years, special assessment $ 600.00 and fine $ 10,000.00. Defendant is detained. (lb) (Entered: 11/28/2001) |
| 11/29/2001 | 12 | JUDGMENT DATED 11/27/01 AS TO MICHAEL DELBUONO COUNT(S) 1-5, 6 IMPRISONMENT 18 MONTHS, SUPERVISED RELESAE 3 YEARS, SPECIAL ASSESSMENT $ 600.00 AND FINE $ 10,000.00. (SIGNED BY JUDGE PETRESE B. TUCKER), 11/29/01 ENTERED AND COPIES MAILED AND FAXED BY CHAMBERS. (lb) (Entered: 11/29/2001) |
| 03/08/2002 | 13 | MOTION BY USA AS TO MICHAEL DELBUONO FOR ENTRY OF JUDGMENT AND FINAL ORDER OF FORFEITURE , CERT. OF SERVICE. (lb) (Entered: 03/11/2002) |
| 03/12/2002 | 14 | Information charging Prior felony drug Conviction(s) pursuant to 21 USC 851(a) as to MICHAEL DELBUONO, Cert. of Service. (cmc) (Entered: 03/14/2002) |
| 03/14/2002 | 15 | ORDER DATED 3/12/02 AS TO MICHAEL DELBUONO GRANTING [13-1] GOVERNMENT'S MOTION FOR ENTRY OF JUDGMENT AND FINAL ORDER OF FORFEITURE TO THE UNITED STATES OF AMERICA THE SUM OF $ 1,275.00 IN U.S. CURRENCY, ETC., WITH CONDITIONS. (SIGNED BY JUDGE PETRESE B. TUCKER), 3/15/02 ENTERED AND COPIES MAILED AND FAXED. (lb) (Entered: 03/15/2002) |
| 07/31/2002 | 16 | REPORT AND ORDER OF PROBATION DATED 7/25/02 AS TO MICHAEL DELBUONO THAT THE AFORESAID CRIMINAL MONETARY PENALTIES, AS IMPOSED, BE AMENDED TO INCLUDE THAT PAYMENT SHALL BE DUE IN MONTHLY INSTALLMENTS OF $ 100.00, PENDING FURTHER REPORT BY THE PROBATION OFFICE. (SIGNED BY JUDGE PETRESE B. TUCKER) 8/1/02 ENTERED. (lb) (Entered: 08/01/2002) |
| 04/09/2004 | 17 | REPORT AND ORDER OF PROBATION OFFICER OFFICER FOR ISSUANCE OF A WARRANT AS TO MICHAEL DELBUONO TO BE LODGED AS A DETAINER DIRECTING HIM TO BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING. Signed by Judge R. BARCLAY SURRICK, EMREGENCY JUDGE on 4/9/04.4/9/04 Entered.(cmc) (Entered: 04/09/2004) |
| 04/09/2004 | | PROBATION Warrant Issued by R. BARCLAY SURRICK as to MICHAEL DELBUONO. (cmc) (Entered: 04/09/2004) |
| 06/02/2004 | 18 | NOTICE OF HEARING as to MICHAEL DELBUONO Violation Hearing set for 6/30/2004 09:30 AM in COURTROOM 9B before HONORABLE PETRESE B. TUCKER. (adr, ) (Entered: 06/02/2004) |
| 06/04/2004 | 19 | ORDER THAT THE WARDEN OD S.C.I. GRATERFORD AND THE U.S. MARSHAL FOR THE E.D. OF PA. PRODUCE BEFORE THIS COURT THE BODY OF MICHAEL DELBUONO ON 6/30/2004 AT 09:30 AM IN COURTROOM BEFORE THE HONORABLE PETRESE B. TUCKER TO APPEAR FOR A VIOLATION HEARING, ETC.. Signed by Judge PETRESE B. TUCKER on 6/2/04.6/4/04 Entered. (ke) (Entered: 06/04/2004) |
| 07/02/2004 | 20 | PROBATION Warrant Returned Executed on 6/17/04 as to MICHAEL DELBUONO. (ke) (Entered: 07/02/2004) |
| 08/22/2006 | 21 | NOTICE OF HEARING as to MICHAEL DELBUONO Violation hearing set for 9/6/2006 04:00 PM before HONORABLE PETRESE B. TUCKER. (adr) (Entered: 08/22/2006) |
| 09/08/2006 | 22 | ORDER AS TO MICHAEL DELBUONO THAT THE DEFT. IS SENTENCED TO 12 MONTHS IN CUSTODY. UPON HIS RELEASE FROM CUSTODY, THE DEFT. SHALL BE PLACED ON SUPERVISED RELEASE FOR A TERM OF 18 MONTHS. IT IS FURTHER ORDERED THAT THE SENTENCE IMPOSED IN THIS CASE SHALL BE SERVED CONSECUTIVELY TO THE SENTENCE IMPOSED IN CRIMINAL ACTION 04-684-1, ETC . Signed by Judge PETRESE B. TUCKER on 9/7/06.9/8/06 Entered and Copies Mailed, E-Mailed BY CHAMBERS. (ke) (Entered: 09/08/2006) |
| 09/18/2006 | 23 | Minute Entry for proceedings held before Judge PETRESE B. TUCKER. Final Hearing re Revocation of Supervised Release as to MICHAEL DELBUONO held on 9/6/2006. Counel address the Court. Court finds defendant in violation of supervised release. Defendant is sentenced to 12 Months in custody with credit for time served to be followed by 18 supervised release. Court Reporter N. O'Neill.(dt) (Entered: 09/18/2006) |
| 11/05/2007 | 24 | REPORT AND ORDER OF PROBATION OFFICER AS TO MICHAEL DELBUONO FOR THE ISSUANCE OF A WARRANT TO BE LODGED AS A DETAINER, FOR THE NAMED SUPERVISED RELEASEE TO BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.. Signed by Judge PETRESE B. TUCKER on 10/29/07.11/6/07 Entered. (jh, ) (Entered: 11/06/2007) |
| 11/07/2007 | 25 | NOTICE OF HEARING as to MICHAEL DELBUONOViolation hearing set for 12/7/2007 10:00 AM before HONORABLE PETRESE B. TUCKER. (adr) Additional attachment(s) added on 11/8/2007 (md, ). (Entered: 11/07/2007) |
| 11/15/2007 | 26 | ORDER AS TO MICHAEL DELBUONO THAT THE VIOLATION HEARING IN THIS MATTER PRESENTLY SCHEDULED FOR 12/7/07 IS CONTINUED PENDING THE RESOLUTION OF USA v. DELBUONO, ET AL., CRIMINAL ACTION #07-677-1. Signed by Judge PETRESE B. TUCKER on 11/9/07.11/16/07 Entered and Copies Mailed, E-Mailed. (ke) (Entered: 11/16/2007) |

| Date | # | Description |
|---|---|---|
| 05/09/2008 | 27 | NOTICE OF HEARING as to MICHAEL DELBUONO Violation hearing set for 6/26/2008 02:30 PM before HONORABLE PETRESE B. TUCKER. (adr) (Entered: 05/09/2008) |
| 08/25/2008 | 28 | NOTICE OF HEARING as to MICHAEL DELBUONO. Violation Hearing set for 9/9/2008 02:30 PM before HONORABLE PETRESE B. TUCKER. (adr) (Entered: 08/25/2008) |
| 09/11/2008 | 29 | Minute Entryfor proceedings held before HONORABLE PETRESE B. TUCKERViolation Hearing as to MICHAEL DELBUONO held on 9/9/08.Counsel address Court. Court finds Deft. in violation of supervised release and sentences Deft. to 12 months in custody to be served consecutively to the sentences received in his other federal sentences.Court Reporter L. MCCLOSKEY.(ke) (Entered: 09/11/2008) |
| 10/09/2008 | 30 | ORDER AS TO MICHAEL DELBUONO THAT THE DEFENDANT IS SENTENCED TO 12 MONTHS IN CUSTODY. THE SENTENCE IMPOSED IN THIS CASE SHALL BE SERVED CONSECUTIVELY TO THE SENTENCE IMPOSED UPON THE DEFENDANT IN CRIMINAL ACTION NUMBER 07-677-1. ALL OTHER PREVIOUS TERMS AND CONDITIONS OF THE JUDGMENT ENTERED AS TO THE DEFENDANT BY THIS COURT SHALL REMAIN IN FULL FORCE AND EFFECT. Signed by HONORABLE PETRESE B. TUCKER on 9/29/08.10/10/08 Entered and Copies Mailed, E-Mailed. (mac, ) (Entered: 10/10/2008) |

Order documents from our nationwide document retrieval service.
- OR - Call **1.866.540.8818.**

Copyright © 2020 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***