# US District Court Criminal Docket

U.S. District - Pennsylvania Eastern

(Philadelphia)

## 2:04cr684

## USA v. Delbuono

This case was retrieved from the court on Thursday, July 23, 2020

**Date Filed:** 10/21/2004
**Other Docket:** Magistrate judge case number: 2:04mj00795

**Class Code:** CLOSED
**Closed:** yes

## Defendants

**Name**
Michael Delbuono(1)
[Term: 08/25/2006]

**Attorneys**
JOSEPH C. SANTAGUIDA
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
1518 WALNUT ST SUITE 1400
PHILADELPHIA, PA 19102
USA
215-893-0900
Fax: 215-893-0802
Designation: Retained
Email: vikk121@aol.com

**Charges**

**Complaints:** POSSESSED WITH THE INTENT TO DISTRIBUTE HEROIN, IN VIOLATION OF TITLE 21:841(a)(1); CONSPIRED AND ACTED IN CONCERT WITH OTHERS TO DISTRIBUTE HEROIN, IN VIOLATION OF TITLE 21:846

**Pending:** 21:841(a)(1) POSSESSION WITH INTENT TO DISTRIBUTE HEROIN(1)
**Offense Level (Opening): Felony**

**Disposition**

IMPRISONMENT 24 MONTHS; SUPERVISED RELEASE 3 YEARS; SPECIAL ASSESSMENT $100.00.

**Terminated:** none
**Case Assigned to:** Honorable MICHAEL M. BAYLSON

## U. S. Attorneys

ANDREA B. GRACE
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST. SUITE 1250
PHILADELPHIA, PA 19106
USA
215-861-8200

CURTIS R. DOUGLAS
LEAD ATTORNEY;ATTORNEY TO BE NOTICED
U.S. ATTORNEY'S OFFICE
615 CHESTNUT ST. SUITE 1250
PHILA, PA 19106
USA
TEL 215-861-8354
Fax: FAX 215-861-8618
Email: curtis.douglas@usdoj.gov (Inactive)

| Date | # | Proceeding Text |
|---|---|---|
| 09/17/2004 |  | ARREST Warrant Issued by JUDGE CHARLES B. SMITH as to MICHAEL DELBUONO. (jczsl, )[2:04-mj-00795-UJ] (Entered: 09/20/2004) |
| 09/17/2004 | 1 | SEALED COMPLAINT FILED WITH AFFIDAVIT ATTACHED BY S.A. RONALD JONES, D.E.A. as to MICHAEL |

| Date | # | Description |
|---|---|---|
| 09/17/2004 | 2 | MOTION AND ORDER TO SEAL CASE AS TO MICHAEL DELBUONO, THAT THE COMPLAINT, WARRRANT AND ACCOMPANYING DOCKET PAPERS ARE IMPOUNDED UNTIL FURTHER ORDER OF THE COURT OR UNTIL NOTIFIED BY THE A.U.S.A. THAT THE DEFT. HAS BEEN ARRESTED, ETC. . Signed by Judge CHARLES B. SMITH on 9/17/04.9/20/04 Entered and Copies Mailed and Faxed. (jczsl, )[2:04-mj-00795-UJ] (Entered: 09/20/2004) |
| 09/23/2004 | 3 | NOTICE OF ATTORNEY APPEARANCE, JOSEPH C. SANTAGUIDA, ESQ. appearing for MICHAEL DELBUONO. (jczsl, )[2:04-mj-00795-UJ] (Entered: 09/23/2004) |
| 09/23/2004 | 4 | Minute Entryfor proceedings held before Judge THOMAS J. RUETER: Detention Hearing/Preliminary exam/Initial Appearance as to MICHAEL DELBUONO held on 9/22/2004. ATTORNEY ANDREA B. GRACE for USA ADDED IN CASE. The deft. stipulated to probable cause and pretrial detention. Deft. is detained pending further proceedings.Court Reporter ESR.(jczsl, )[2:04-mj-00795-UJ] (Entered: 09/23/2004) |
| 09/23/2004 | 5 | ORDER OF PRETRIAL DETENTION AS TO MICHAEL DELBUONO, THAT THE DEFT. BE COMMITTED TO THE CUSTODY OF THE ATTORNEY GENERAL FOR CONFINEMENT, ETC.. Signed by Judge THOMAS J. RUETER on 9/22/04.9/23/04 Entered and Copies Mailed and Faxed. (jczsl, )[2:04-mj-0079 (Entered: 09/23/2004) |
| 10/07/2004 | 6 | ARREST Warrant Returned Executed on 9/22/04 as to MICHAEL DELBUONO. (jcz, )[2:04-mj-00795-UJ] (Entered: 10/07/2004) |
| 10/21/2004 | 7 | INDICTMENT as to MICHAEL DELBUONO (1) count(s) 1. (cw, ) (Entered: 10/22/2004) |
| 11/16/2004 | 8 | NOTICE OF HEARING as to MICHAEL DELBUONO- Arraignment set for 11/18/2004 AT 10:30 AM before HONORABLE DIANE WELSH.(lk, ) (Entered: 11/16/2004) |
| 11/22/2004 | 9 | Minute Entryfor proceedings held before Judge DIANE M. WELSH Arraignment as to MICHAEL DELBUONO (1) Count 1 held on 11/18/04, Plea entered by MICHAEL DELBUONO Not Guilty on counts 1. Deft. stipulates to pretrial detention. Court Reporter ESR.(jh, ) (Entered: 11/22/2004) |
| 11/23/2004 | 10 | NOTICE OF HEARING as to MICHAEL DELBUONO - JURY TRIAL SET FOR 12/20/2004 at 9:30 AM BEFORE HONORABLE MICHAEL M. BAYLSON. (lk, ) (Entered: 11/23/2004) |
| 12/23/2004 | 11 | MOTION TO CONTINUE TRIAL, CERT. OF SERVICE BY MICHAEL DELBUONO. (jh, ) (Entered: 12/23/2004) |
| 12/28/2004 | 12 | WAIVER of Speedy Trial by MICHAEL DELBUONO. (ke) (Entered: 12/28/2004) |
| 12/30/2004 | 13 | ORDER FOR SPEEDY TRIAL DELAY AS TO MICHAEL DELBUONO THAT EXCLUDABLE TIME IN THE ABOVE CASE BE COMPUTED AND ENTERED IN THE RECORD FROM THE DATE OF FILING OF THE MOTION TO CONTINUE TRIAL, WHICH WAS FILED ON 12/23/04, UNTIL SUCH TIME THAT A HEARING ON SAID MOTION IS CONCLUDED OR OTHER PROMPT DISPOSITION IS MADE . Signed by Judge MICHAEL M. BAYLSON on 12/28/04.12/30/04 Entered and Copies Mailed. (ke) (Entered: 12/30/2004) |
| 01/07/2005 | 14 | ORDER GRANTING 11 MOTION TO CONTINUE TRIAL AS TO MICHAEL DELBUONO (1). Signed by Judge MICHAEL M. BAYLSON on 12/29/04. (SEE DOC. # 11) 1/7/04 ENTERED AND COPIES MAILED AND FAXED.(jh, ) Modified on 1/7/2005 (jh, ). (Entered: 01/07/2005) |
| 07/28/2006 | 15 | MOTION FOR DISMISSAL PURSUANT TO THE SPEEDY TRIAL ACT, MEMORANDUM OF LAW, CERT. OF SERVICE BY MICHAEL DELBUONO. (jh, ) (Entered: 07/31/2006) |
| 08/15/2006 | 16 | NOTICE OF HEARING as to MICHAEL DELBUONO - PRETRIAL CONFERENCE/ Status Hearing SET FOR 8/17/2006 at 3:30 PM IN COURTROOM 3A BEFORE HONORABLE MICHAEL M. BAYLSON. (lk, ) (Entered: 08/15/2006) |
| 08/17/2006 | 17 | GOVERNMENT'S CHANGE OF PLEA MEMORANDUM, (Copy of GUILTY PLEA AGREEMENT), CERTIFICATE OF SERVICE as to MICHAEL DELBUONO (PERRICONE, THOMAS) Modified on 8/23/2006 (cmc). (Entered: 08/17/2006) |
| 08/23/2006 | 18 | Minute Entryfor proceedings held before Judge MICHAEL M. BAYLSON Plea and Sentence Hearing held on 8/17/06. MICHAEL DELBUONO (1) Plea of guilty and sentencing on count Count 1: Imprisonment 24 months; Supervised Release 3 Years; Special Assessment $100.00.Court Reporter ESR.(jh, ) (Entered: 08/24/2006) |
| 08/23/2006 | 19 | Guilty Plea Agreement as to MICHAEL DELBUONO. (jh, ) (Entered: 08/24/2006) |
| 08/25/2006 | 20 | JUDGMENT AS TO MICHAEL DELBUONO (1), Count(s) 1, IMPRISONMENT 24 MONTHS; SUPERVISED RELEASE 3 YEARS; SPECIAL ASSESSMENT $100.00. . Signed by Judge MICHAEL M. BAYLSON on 8/21/06.8/25/06 Entered. (jh, ) (Entered: 08/25/2006) |
| 08/25/2006 | 21 | ORDER THAT THE MOTION OF DEFT. MICHAEL DELBUONO FOR DISMISSAL PURSUANT TO THE SPEEDY TRIAL ACT IS DENIED AS MOOT. . Signed by Judge MICHAEL M. BAYLSON on 8/17/06.8/25/06 Entered and Copies Mailed, E-Mailed. (jh, ) (Entered: 08/25/2006) |
| 11/07/2007 | 22 | REPORT AND ORDER OF PROBATION OFFICER AS TO MICHAEL DELBUONO FOR THE ISSUANCE OF A WARRANT TO BE LODGED AS A DETAINER, FOR THE NAMED SUPERVISED RELEASEE TO BE ARRESTED AND BROUGHT BEFORE THE COURT FOR A REVOCATION HEARING.. Signed by Judge MICHAEL M. BAYLSON on 10/26/07.11/7/07 Entered.(jh, ) (Entered: 11/07/2007) |
| 11/15/2007 | 23 | NOTICE OF HEARING as to MICHAEL DELBUONO Revocation of Supervised Release set for 11/19/2007 10:00 AM before HONORABLE MICHAEL M. BAYLSON. (lk, ) (Entered: 11/15/2007) |
| 12/12/2007 | | ***Terminate Deadlines and Hearings as to MICHAEL DELBUONO: (jh, ) (Entered: 12/13/2007) |
| 12/21/2007 | 24 | NOTICE OF HEARING as to MICHAEL DELBUONO - STATUS HEARING SET FOR 1/25/2008 09:00 AM BEFORE HONORABLE MICHAEL M. BAYLSON. (lk, ) (Entered: 12/21/2007) |

| Date | # | Description |
|---|---|---|
| 01/28/2008 | 25 | NOTICE OF HEARING as to MICHAEL DELBUONO STATUS CONFERENCE SET FOR 1/25/2008 has been postponed until 2/7/2008 at 9:30 AM BEFORE HONORABLE MICHAEL M. BAYLSON. (lk, ) (Entered: 01/28/2008) |
| 02/01/2008 | 26 | NOTICE OF HEARING as to MICHAEL DELBUONO - Final Hearing re Revocation of Supervised Release set for 2/7/2008 has been postponed until 5/7/2008 at 4:30 PM before HONORABLE MICHAEL M. BAYLSON. (lk, ) (Entered: 02/01/2008) |
| 02/06/2008 | 27 | NOTICE OF HEARING as to MICHAEL DELBUONO Status Hearing re Revocation of Supervised Release set for2/7/2008 has been postponed until 5/7/2008 at 4:30 PM before HONORABLE MICHAEL M. BAYLSON. (lk, ) (Entered: 02/06/2008) |
| 02/06/2008 | | ***Terminated 2/7/2008 9:30 AM Hearing as to MICHAEL DELBUONO (has been reset for 5/7/2008 at 4:30 PM) (md) (Entered: 02/14/2008) |
| 05/02/2008 | 28 | NOTICE OF HEARING as to MICHAEL DELBUONO - STATUS CONFERENCE SET FOR 5/7/2008 AT 4:30 P.M. WILL NOW TAKE PLACE AT 9:30 AM BEFORE HONORABLE MICHAEL M. BAYLSON. (lk, ) (Entered: 05/02/2008) |
| 06/10/2008 | 29 | NOTICE OF HEARING as to MICHAEL DELBUONO - Final Hearing re: Revocation of Supervised Release set for 6/26/2008 has been postponed until 8/5/2008 at 2:30 PM before HONORABLE MICHAEL M. BAYLSON. (lk, ) (Entered: 06/10/2008) |
| 06/17/2008 | 30 | Minute Entry for proceedings held before HONORABLE MICHAEL M. BAYLSON. Violation of Supervised Release Hearing as to MICHAEL DELBUONO held on 5/7/08.Case postponed until 6/26/08, at 4:00 P.M.Court Reporter ESR.(jh, ) (Entered: 06/17/2008) |
| 08/05/2008 | 31 | Minute Entryfor proceedings held before HONORABLE MICHAEL M. BAYLSONHearing re: Violation of Supervised Release as to MICHAEL DELBUONO held on 8/5/08. Counsel addressed Court. Hearing continued until 8/26/2008 at 02:00 PM. Deft. remanded to custody of MARSHAL.Court Reporter ESR. (ke) (Entered: 08/06/2008) |
| 08/11/2008 | 32 | Transcript of Proceedings(Change of Plea and Sentencing) held on 8/17/06, before Judge BAYLSON. Court Reporter/Transcriber ESR. (jh, ) (Entered: 08/11/2008) |
| 09/23/2008 | 33 | Minute Entry for proceedings held before HONORABLE MICHAEL M. BAYLSON re: Violation of Supervised Release as to MICHAEL DELBUONO held on 8/26/08. Deft. is in violation of supervised release. Deft. sentenced to Bureau of Prison for 12 months consecutive to Judge Shaprio's sentence of 230 months. Supervised Release 24 months consecutive to Judge Shapiro's sentence.Court Reporter ESR.(jh, ) (Entered: 09/23/2008) |
| 10/15/2008 | 34 | ORDER THAT THE ORDER OF SUPERVISED RELEASE ENTERED IN THIS CASE IS REVOKED. IT IS FURTHER ORDERED THAT DEFT. MICHAEL DELBUONO IS COMMITED TO THE CUSTODY OF THE B.O.P. FOR IMPRISONMENT FOR A PERIOD OF 12 MONTHS TO RUN CONSECUTIVELY TO THE SENTENCE IMPOSED BY JUDDGE SHAPIRO ON 8/13/08. IT IS FURTHER ORDERED THAT DEFT. SHALL SERVE A PERIOD OF 24 MONTHS OF SUPERVISED RELEASE TO RUN CONSECUTIVELY TO THE SUPERVISED RELEASE IMPOSED BY JUDGE SHAPIRO ON 8/13/08.. Signed by HONORABLE MICHAEL M. BAYLSON on 10/7/08.10/16/08 Entered and Copies Mailed, E-Mailed and Faxed by Chambers. (jh, ) (Entered: 10/16/2008) |

Order documents from our nationwide document retrieval service.
- OR - Call **1.866.540.8818.**

Copyright © 2020 LexisNexis CourtLink, Inc. All rights reserved.
*** THIS DATA IS FOR INFORMATIONAL PURPOSES ONLY ***