```
 NERBE    540*23  *            SENTENCE MONITORING                *    07-23-2020
PAGE 001          *            COMPUTATION DATA                   *    11:09:25
                                AS OF 07-23-2020


 REGNO..: 53961-066 NAME: DELBUONO, MICHAEL


 FBI NO...........: 497413AB6              DATE OF BIRTH: 07-03-1974  AGE:  46
 ARS1.............: DAN/A-DES
 UNIT.............: E                      QUARTERS.....: J04-031U
 DETAINERS........: NO                     NOTIFICATIONS: NO

 HOME DETENTION ELIGIBILITY DATE: 04-16-2025

 THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S CURRENT COMMITMENT.
 THE INMATE IS PROJECTED FOR RELEASE:  10-16-2025 VIA GCT REL


 ---------------------CURRENT JUDGMENT/WARRANT NO: 040 -----------------------

 COURT OF JURISDICTION...........: PENNSYLVANIA, EASTERN DISTRICT
 DOCKET NUMBER...................: 07-677-1
 JUDGE...........................: SHAPIRO
 DATE SENTENCED/PROBATION IMPOSED: 08-13-2008
 DATE COMMITTED..................: 11-07-2008
 HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
 PROBATION IMPOSED...............: NO

                  FELONY ASSESS  MISDMNR ASSESS   FINES           COSTS
 NON-COMMITTED.:  $600.00        $00.00           $3,000.00       $00.00

 RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT:  $00.00

 -------------------------CURRENT OBLIGATION NO: 010 -------------------------
 OFFENSE CODE....:   391     21:846 SEC 841-851 ATTEMPT
 OFF/CHG: 21:846 CONSPIRACY TO DISTRIBUTE HEROIN CT.1; 21:841(A)(1) DIST
          OF HEROIN CT.5,6,7,9 & 12; 18:2 AIDING & ABETTING CT.6,7,9 &12

  SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
  SENTENCE IMPOSED/TIME TO SERVE.:    230 MONTHS
  TERM OF SUPERVISION............:      6 YEARS
  DATE OF OFFENSE................: 09-25-2007

 ---------------------CURRENT JUDGMENT/WARRANT NO: 050 -----------------------

 COURT OF JURISDICTION...........: PENNSYLVANIA, EASTERN DISTRICT
 DOCKET NUMBER...................: 01-458-1
 JUDGE...........................: TUCKER
 DATE SENTENCED/PROBATION IMPOSED: 11-16-2001




 G0002        MORE PAGES TO FOLLOW . . .
```

```
 NERBE   540*23  *           SENTENCE MONITORING           *      07-23-2020
 PAGE 002        *            COMPUTATION DATA             *      11:09:25
                              AS OF 07-23-2020


 REGNO..: 53961-066 NAME: DELBUONO, MICHAEL


 DATE SUPERVISION REVOKED........: 09-29-2008
 TYPE OF SUPERVISION REVOKED.....: REG
 DATE COMMITTED..................: 11-07-2008
 HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
 PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
 NON-COMMITTED.:  $600.00         $00.00           $10,000.00    $00.00

 RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00

 -------------------------CURRENT OBLIGATION NO: 010 -------------------------
 OFFENSE CODE....:  380    21:841 SCH I NARCOTIC
 OFF/CHG: 21:841(A)(1), 841((B)(1))(C) POSS W/INTENT TO DISTRIBUTE
          HEROIN; 18:641 UNLAWFUL POSS OF STOLEN PROPERTY OF U.S.

 SENTENCE PROCEDURE..............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:     12 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
   TO OTHERS FOR THE OFFENDER....: C/S
   DATE OF OFFENSE...............: 06-19-1998

 ---------------------CURRENT JUDGMENT/WARRANT NO: 060 -----------------------

 COURT OF JURISDICTION...........: PENNSYLVANIA, EASTERN DISTRICT
 DOCKET NUMBER...................: 2004-684
 JUDGE...........................: BAYLSON
 DATE SENTENCED/PROBATION IMPOSED: 08-17-2006
 DATE SUPERVISION REVOKED........: 10-07-2008
 TYPE OF SUPERVISION REVOKED.....: REG
 DATE COMMITTED..................: 11-07-2008
 HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
 PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
 NON-COMMITTED.:  $100.00         $00.00           $00.00        $00.00

 RESTITUTION...: PROPERTY:  NO  SERVICES:  NO      AMOUNT:  $00.00




 G0002         MORE PAGES TO FOLLOW . . .
```

```
NERBE   540*23 *            SENTENCE MONITORING              *    07-23-2020
PAGE 003        *            COMPUTATION DATA                 *    11:09:25
                              AS OF 07-23-2020


REGNO..: 53961-066 NAME: DELBUONO, MICHAEL


------------------------CURRENT OBLIGATION NO: 010 -------------------------
 OFFENSE CODE....:  380     21:841 SCH I NARCOTIC
 OFF/CHG: 21:841(A)(1) POSSESSION WITH INTENT TO DISTRIBUTE HEROIN CT 1

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:     12 MONTHS
 TERM OF SUPERVISION............:     24 MONTHS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/S,SRV C/S
 DATE OF OFFENSE................: 04-08-2004

------------------------CURRENT COMPUTATION NO: 030 ------------------------

COMPUTATION 030 WAS LAST UPDATED ON 04-14-2020 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 05-10-2012 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
CURRENT COMPUTATION 030: 040 010, 050 010, 060 010

DATE COMPUTATION BEGAN..........: 08-13-2008
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    254 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     21 YEARS      2 MONTHS
AGGREGATED TERM OF SUPERVISION..:      6 YEARS     24 MONTHS
EARLIEST DATE OF OFFENSE........: 06-19-1998

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    10-04-2007   08-12-2008




G0002        MORE PAGES TO FOLLOW . . .
```

```
 NERBE   540*23  *         SENTENCE MONITORING          *     07-23-2020
PAGE 004         *         COMPUTATION DATA             *     11:09:25
                           AS OF 07-23-2020


REGNO..: 53961-066 NAME: DELBUONO, MICHAEL


TOTAL PRIOR CREDIT TIME.........: 314
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 1143
TOTAL GCT EARNED................: 648
STATUTORY RELEASE DATE PROJECTED: 10-16-2025
TWO THIRDS DATE.................: 11-12-2021
EXPIRATION FULL TERM DATE.......: 12-02-2028
TIME SERVED.....................:     12 YEARS       9 MONTHS       20 DAYS
PERCENTAGE OF FULL TERM SERVED..:  60.4
PERCENT OF STATUTORY TERM SERVED:  70.9

PROJECTED SATISFACTION DATE.....: 10-16-2025
PROJECTED SATISFACTION METHOD...: GCT REL

REMARKS.......: 2 C/S SRV SENTENCES ENTERED 05-08-12
                04-14-2020 RPC'D FSA E/VC




G0002         MORE PAGES TO FOLLOW . . .
```

```
 NERBE   540*23 *            SENTENCE MONITORING           *    07-23-2020
PAGE 005          *            COMPUTATION DATA              *    11:09:25
                               AS OF 12-06-2006


REGNO..: 53961-066 NAME: DELBUONO, MICHAEL


FBI NO...........: 497413AB6            DATE OF BIRTH: 07-03-1974  AGE:  46
ARS1.............: DAN/A-DES
UNIT.............: E                     QUARTERS.....: J04-031U
DETAINERS........: YES                   NOTIFICATIONS: NO

HOME DETENTION ELIGIBILITY DATE: 09-01-2006

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  12-06-2006 VIA GCT REL


------------------------PRIOR JUDGMENT/WARRANT NO: 020 -----------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, EASTERN DISTRICT
DOCKET NUMBER...................: 2004-684
JUDGE...........................: BAYLSON
DATE SENTENCED/PROBATION IMPOSED: 08-17-2006
DATE COMMITTED..................: 10-31-2006
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                FELONY ASSESS  MISDMNR ASSESS  FINES         COSTS
NON-COMMITTED.:  $100.00         $00.00        $00.00        $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO     AMOUNT:  $00.00

-------------------------PRIOR OBLIGATION NO: 010 --------------------------
OFFENSE CODE....:  380     21:841 SCH I NARCOTIC
OFF/CHG: 21:841(A)(1) POSSESSION WITH INTENT TO DISTRIBUTE HEROIN CT 1

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:    24 MONTHS
 TERM OF SUPERVISION............:     3 YEARS
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/S J/W 030
 DATE OF OFFENSE................: 04-08-2004

------------------------PRIOR JUDGMENT/WARRANT NO: 030 -----------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, EASTERN DISTRICT
DOCKET NUMBER...................: 01-458-1
JUDGE...........................: TUCKER




G0002        MORE PAGES TO FOLLOW . . .
```

```
 NERBE   540*23  *           SENTENCE MONITORING            *    07-23-2020
PAGE 006         *            COMPUTATION DATA              *    11:09:25
                              AS OF 12-06-2006


REGNO..: 53961-066 NAME: DELBUONO, MICHAEL


DATE SENTENCED/PROBATION IMPOSED: 11-16-2001
DATE COMMITTED..................: 01-14-2002
HOW COMMITTED...................: COMMIT OF SUPERVISED REL VIOL
PROBATION IMPOSED...............: NO

                  FELONY ASSESS   MISDMNR ASSESS   FINES         COSTS
NON-COMMITTED.:   $600.00         $00.00           $10,000.00    $00.00

RESTITUTION...:  PROPERTY:  NO   SERVICES:  NO        AMOUNT:  $00.00

--------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  380     21:841 SCH I NARCOTIC
OFF/CHG: 21:841(A)(1), 841((B)(1))(C) POSS W/INTENT TO DISTRIBUTE
         HEROIN; 18:641 UNLAWFUL POSS OF STOLEN PROPERTY OF U.S.
         SUPERVISED RELEASE VIOLATION

 SENTENCE PROCEDURE.............: SUPERVISED RELEASE VIOLATION PLRA
 SENTENCE IMPOSED/TIME TO SERVE.:     12 MONTHS
 TERM OF SUPERVISION............:     18 MONTHS
 CLASS OF OFFENSE...............: CLASS C FELONY
 RELATIONSHIP OF THIS OBLIGATION
  TO OTHERS FOR THE OFFENDER....: C/S J/W 020
 DATE OF OFFENSE................: 06-19-1998

--------------------------PRIOR COMPUTATION NO: 020 -------------------------

COMPUTATION 020 WAS LAST UPDATED ON 12-06-2006 AT DSC AUTOMATICALLY
COMPUTATION CERTIFIED ON 12-06-2006 BY DESIG/SENTENCE COMPUTATION CTR

THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
PRIOR COMPUTATION 020:   020 010, 030 010




       G0002       MORE PAGES TO FOLLOW . . .
```

```
 NERBE   540*23 *           SENTENCE MONITORING           *    07-23-2020
PAGE 007        *           COMPUTATION DATA              *    11:09:25
                            AS OF 12-06-2006


REGNO..: 53961-066 NAME: DELBUONO, MICHAEL


DATE COMPUTATION BEGAN..........: 08-17-2006
AGGREGATED SENTENCE PROCEDURE...: AGGREGATE GROUP 800 PLRA
TOTAL TERM IN EFFECT............:    36 MONTHS
TOTAL TERM IN EFFECT CONVERTED..:     3 YEARS
AGGREGATED TERM OF SUPERVISION..:     3 YEARS
EARLIEST DATE OF OFFENSE........: 06-19-1998

JAIL CREDIT.....................:   FROM DATE    THRU DATE
                                    04-08-2004   08-16-2006

TOTAL PRIOR CREDIT TIME.........: 861
TOTAL INOPERATIVE TIME..........: 0
TOTAL GCT EARNED AND PROJECTED..: 141
TOTAL GCT EARNED................: 141
STATUTORY RELEASE DATE PROJECTED: 11-18-2006
TWO THIRDS DATE.................: 04-08-2006
EXPIRATION FULL TERM DATE.......: 04-08-2007
TIME SERVED.....................:     2 YEARS      7 MONTHS     29 DAYS
PERCENTAGE OF FULL TERM SERVED..:  88.7
PERCENT OF STATUTORY TERM SERVED: 101.8

ACTUAL SATISFACTION DATE........: 12-06-2006
ACTUAL SATISFACTION METHOD......: GCT REL
ACTUAL SATISFACTION FACILITY....: BRO
ACTUAL SATISFACTION KEYED BY....: MAI

DAYS REMAINING..................: 123
FINAL PUBLIC LAW DAYS...........: 0




G0002         MORE PAGES TO FOLLOW . . .
```

```
 NERBE   540*23 *           SENTENCE MONITORING            *     07-23-2020
PAGE 008         *            COMPUTATION DATA             *     11:09:25
                            AS OF 12-06-2006

REGNO..: 53961-066 NAME: DELBUONO, MICHAEL


------------------------------- PRIOR DETAINERS: -----------------------------

DETAINER NO..: 001
DATE LODGED..: 11-30-2006
JURISDICTION.: STATE OF NEW JERSEY
AUTHORITY....: STATE OF NEW JERSEY , CAPE MAY CTY SHERIFF
CHARGES......: PROBATIO VIOLATION, WARRANT
DATE RELEASED: 12-06-2006




G0002       MORE PAGES TO FOLLOW . . .
```

```
 NERBE   540*23  *           SENTENCE MONITORING            *    07-23-2020
PAGE 009         *            COMPUTATION DATA              *    11:09:25
                              AS OF 02-08-2002


REGNO..: 53961-066 NAME: DELBUONO, MICHAEL


FBI NO...........: 497413AB6              DATE OF BIRTH: 07-03-1974  AGE:  46
ARS1.............: DAN/A-DES
UNIT.............: E                       QUARTERS.....: J04-031U
DETAINERS........: YES                     NOTIFICATIONS: NO

THE FOLLOWING SENTENCE DATA IS FOR THE INMATE'S PRIOR COMMITMENT.
THE INMATE WAS SCHEDULED FOR RELEASE:  02-08-2002 VIA GCT REL

------------------------PRIOR JUDGMENT/WARRANT NO: 010 ------------------------

COURT OF JURISDICTION...........: PENNSYLVANIA, EASTERN DISTRICT
DOCKET NUMBER...................: 01-458-1
JUDGE...........................: TUCKER
DATE SENTENCED/PROBATION IMPOSED: 11-16-2001
DATE COMMITTED..................: 11-16-2001
HOW COMMITTED...................: US DISTRICT COURT COMMITMENT
PROBATION IMPOSED...............: NO

                 FELONY ASSESS  MISDMNR ASSESS  FINES          COSTS
NON-COMMITTED.:  $600.00        $00.00          $10,000.00     $00.00

RESTITUTION...:  PROPERTY:  NO  SERVICES:  NO       AMOUNT: $00.00

-------------------------PRIOR OBLIGATION NO: 010 -------------------------
OFFENSE CODE....:  380      21:841 SCH I NARCOTIC
OFF/CHG: 21:841(A)(1), 841((B)(1))(C) POSS W/INTENT TO DISTRIBUTE
         HEROIN; 18:641 UNLAWFUL POSS OF STOLEN PROPERTY OF U.S.

 SENTENCE PROCEDURE.............: 3559 PLRA SENTENCE
 SENTENCE IMPOSED/TIME TO SERVE.:     18 MONTHS
 TERM OF SUPERVISION............:      3 YEARS
 CLASS OF OFFENSE...............: CLASS C FELONY
 DATE OF OFFENSE................: 06-19-1998




G0002        MORE PAGES TO FOLLOW . . .
```

```
 NERBE   540*23  *            SENTENCE MONITORING            *      07-23-2020
PAGE 010 OF 010  *             COMPUTATION DATA              *      11:09:25
                              AS OF 02-08-2002

 REGNO..: 53961-066 NAME: DELBUONO, MICHAEL


 ---------------------------PRIOR COMPUTATION NO: 010 -------------------------

 COMPUTATION 010 WAS LAST UPDATED ON 02-06-2002 AT PHL AUTOMATICALLY

 THE FOLLOWING JUDGMENTS, WARRANTS AND OBLIGATIONS ARE INCLUDED IN
 PRIOR COMPUTATION 010:    010 010

 DATE COMPUTATION BEGAN..........: 11-16-2001
 TOTAL TERM IN EFFECT............:     18 MONTHS
 TOTAL TERM IN EFFECT CONVERTED..:      1 YEARS      6 MONTHS
 EARLIEST DATE OF OFFENSE........: 06-19-1998

 JAIL CREDIT.....................:    FROM DATE    THRU DATE
                                      02-02-2000   02-02-2000
                                      10-23-2000   11-15-2001

 TOTAL PRIOR CREDIT TIME.........: 390
 TOTAL INOPERATIVE TIME..........: 0
 TOTAL GCT EARNED AND PROJECTED..: 70
 TOTAL GCT EARNED................: 70
 STATUTORY RELEASE DATE PROJECTED: 02-09-2002
 TWO THIRDS DATE.................: 10-21-2001
 EXPIRATION FULL TERM DATE.......: 04-20-2002
 TIME SERVED.....................:      1 YEARS      3 MONTHS     18 DAYS
 PERCENTAGE OF FULL TERM SERVED..:  86.9
 PERCENT OF STATUTORY TERM SERVED:  99.7

 ACTUAL SATISFACTION DATE........: 02-08-2002
 ACTUAL SATISFACTION METHOD......: GCT REL
 ACTUAL SATISFACTION FACILITY....: PHL
 ACTUAL SATISFACTION KEYED BY....: WMB

 DAYS REMAINING..................: 70
 FINAL PUBLIC LAW DAYS...........: 1




 G0000        TRANSACTION SUCCESSFULLY COMPLETED
```