# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **MICHAEL DELBUONO** | : | **No. 07-677-1** |
| | : | |

## ORDER

AND NOW, this 17th day of August, 2020, upon consideration of Michael Delbuono's Motion to Reduce Sentence Under 18 U.S.C. § 3582(c)(1)(A)(i) (Doc. No. 295), the Government's Response in Opposition (Doc. No. 296), the hearing and oral argument held on July 23, 2020 via videoconferencing, the Government's Motion to Supplement the Record in its Response to Defendant's Motion to Reduce Sentence Pursuant to 18 U.S.C. § 3582(c)(1)(A)(i) and accompanying materials (Doc. No. 301), Mr. Delbuono's supplemental memorandum and accompanying materials (Doc. No. 302), and Mr. Delbuono's medical records (Doc. No. 304) it is **ORDERED** that the Motion (Doc. No. 295) is **DENIED** for the reasons set forth in the accompanying memorandum.

BY THE COURT:

_____
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE