UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : No. 2:07-cr-00677-01 |
| | : |
| MICHAEL DEL BUONO | : |

**O R D E R**

And now, this 27th day of January, 2026, upon consideration of Defendant's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e), ECF No. 312; the Government's Response in Opposition, ECF No. 314; Defendant's Reply thereto, ECF No. 315; and for the reasons set forth in the accompanying Opinion issued this day, it is **ORDERED** as follows:

1. Defendant's Motion for Early Termination of Supervised Release Pursuant to 18 U.S.C. § 3583(e), ECF No. 312, is **DENIED**.

BY THE COURT:

/s/ *Joseph F. Leeson, Jr.*
JOSEPH F. LEESON, JR.
United States District Judge